AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY L. VAUGHNS,

    Petitioner,

v.

WALTER BERRY, Warden,

    Respondent.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 1:21-061

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of October 14, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and the instant petition brought pursuant to 28 U.S.C. § 2254 is dismissed as untimely. Judgment is entered in favor of the Respondent, Walter Berry, and this civil action stands closed. Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis.



| 10/14/2021 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020